UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   **14-14050-CR-MARRA/LYNCH**

21 U.S.C. § 841(a)
21 U.S.C. § 846

UNITED STATES OF AMERICA,

vs.

SHANE PHILLIP YOST
and
DESMOND GARCIA,

Defendants.
_____/

FILED by _____ D.C.

AUG 2 1 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From on or about February 17, 2014, through on or about March 14, 2014, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendants,

SHANE PHILLIP YOST
and
DESMOND GARCIA,

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to possess with intent to manufacture and distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants SHANE YOST and DESMOND GARCIA, the controlled substances attributable to them as a result of their own

1

conduct, and the conduct of other conspirators reasonably foreseeable to them, include Schedule III controlled substances, that is, boldenone undecylenate, dehydrochlormethyltestosterone, mesterolone, methasterone, methandienone, oxymetholone, oxandrolone, stanozolol, testosterone propionate, testosterone enanthate, and drostanolone enanthate in violation of Title 21, United States Code, Section 841(b)(1)(E).


## COUNT 2

On or about March 13, 2014, in St. Lucie County, in the Southern District of Florida, the defendants,

SHANE PHILLIP YOST
and
DESMOND GARCIA,

did knowingly and intentionally possess with intent to manufacture and distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of boldenone undecylenate, a Schedule III controlled substance, as defined in Title 21, United States Code, Section 812.

## COUNT 3

On or about March 14, 2014, in St. Lucie County, in the Southern District of Florida, the defendants,

SHANE PHILLIP YOST
and
DESMOND GARCIA,

did knowingly and intentionally possess with intent to manufacture and distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of boldenone undecylenate, a Schedule III controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of dehydrochlormethyltestosterone, a Schedule III controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of mesterolone, a Schedule III controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of methasterone, a Schedule III controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii), it is further alleged that this violation

involved a mixture and substance containing a detectable amount of methandienone, a Schedule III  controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii),  it is further alleged that this violation involved a mixture and substance containing a detectable amount of oxymetholone, a Schedule III  controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii),  it is further alleged that this violation involved a mixture and substance containing a detectable amount of oxandrolone, a Schedule III  controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii),  it is further alleged that this violation involved a mixture and substance containing a detectable amount of stanozolol, a Schedule III  controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii),  it is further alleged that this violation involved a mixture and substance containing a detectable amount of testosterone propionate, a Schedule III  controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii),  it is further alleged that this violation involved a mixture and substance containing a detectable amount of testosterone enanthate, a Schedule III  controlled substance, as defined in Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(E)(i) and (iii),  it is further alleged that this violation involved a mixture and substance containing a detectable amount of

4

drostanolone enanthate, a Schedule III controlled substance, as defined in Title 21, United States Code, Section 812.

A TRUE BILL

_____
FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

CARMEN M. LINEBERGER
ASSISTANT UNITED STATES ATTORNEY

5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.** _____

v.

**SHANE PHILLIP YOST**
   **and**
**DESMOND GARCIA,**

**CERTIFICATE OF TRIAL ATTORNEY\***

_____ **Defendants. /**   **Indictment Case Information:**

**Court Division:** (Select One)

____ Miami    ____ Key West
____ FTL    ____ WPB   **X** FTP

New Defendant(s)   Yes __X__  No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:   (Yes or No)  __No__
List language and/or dialect _____

4.    This case will take __5__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

(Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | __X__ | |
| II | 6 to 10 days | ____ | |
| III | 11 to 20 days | ____ | |
| IV | 21 to 60 days | ____ | |
| V | 61 days and over | ____ | |

(Check only one)

| | |
|---|---|
| Petty | ____ |
| Minor | ____ |
| Misdem. | ____ |
| Felony | __X__ |

6.    Has this case been previously filed in this District Court? (Yes or No) __No__

If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No) No ____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) ____

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

_____
**CARMEN M. LINEBERGER**
**ASSISTANT UNITED STATES ATTORNEY**

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. _____

**Defendant's Name:**   **SHANE PHILLIP YOST**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to Possess with Intent to Manufacture and Deliver Schedule III controlled substance - Anabolic Steroids | 21:841(a); 21:846; 21:841(b)(1)(E)(i) and (iii) | Up to 10 years $500,000 fine SR: 2 years to life $100 Special Assessment |
| 2 | Possess with Intent to Manufacture and Deliver- Schedule III controlled substances - Anabolic Steroids | 21:841(a); 21:841(b)(1)(E)(i) and (iii); 18:2 | Up to 10   years $500,000 fine SR: 2 years to life $100 Special Assessment |
| 3 | Possess with Intent to Manufacture and Deliver- Schedule III controlled substances - Anabolic Steroids | 21:841(a); 21:841(b)(1)(E)(i) and (iii); 18:2 | Up to 10   years $500,000 fine SR: 2 years to life $100 Special Assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. _____

**Defendant's Name**:   **DESMOND GARCIA**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to Possess with Intent to Manufacture and Deliver Schedule III controlled substance - Anabolic Steroids | 21:841(a); 21:846; 21:841(b)(1)(E)(i) and (iii) | Up to 10 years $500,000 fine SR: 2 years to life $100 Special Assessment |
| 2 | Possess with Intent to Manufacture and Deliver- Schedule III controlled substances - Anabolic Steroids | 21:841(a); 21:841(b)(1)(E)(i) and (iii); 18:2 | Up to 10   years $500,000 fine SR: 2 years to life $100 Special Assessment |
| 3 | Possess with Intent to Manufacture and Deliver- Schedule III controlled substances - Anabolic Steroids | 21:841(a); 21:841(b)(1)(E)(i) and (iii); 18:2 | Up to 10   years $500,000 fine SR: 2 years to life $100 Special Assessment |